ACCEPTED
14-14-00875-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 1:30:46 PM
CHRISTOPHER PRINE
CLERK

## Cause No. 14-14-00875-CV

§

IN THE

FOURTEENTH COURT OF APPEALS

At HOUSTON

JUDICIAL DISTRICT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 1:30:46 PM
CHRISTOPHER A. PRINE
Clerk

**IN RE WILMA REYNOLDS,**

**Relator**

From Cause No. 48170
In the 300th District Court of
Brazoria County, Texas

§

### RELATOR'S SECOND MOTION TO STAY

TO THE HONORABLE JUSTICES OF SAID COURT:

Pursuant to TRAP 52.10, Relator asks the Court for a stay of the underlying trial court proceeding.

### A. Introduction

1. Relator is Wilma Reynolds ("Wilma"); real party in interest is David Reynolds ("David"); and respondent is the Honorable Senior Judge Jeff Walker (the "trial court").

2. Wilma filed her supplemental petition for writ of mandamus and motion for rehearing on December 19, 2014.

1

3. Wilma's petition for writ of mandamus, supplemental petition for writ of mandamus, and motion for rehearing are each incorporated herein by reference.

4. Wilma attaches a certificate of compliance certifying that on December 29, 2014, she made a diligent effort to notify real parties in interest by telephone, e-mail, and/or fax this second motion to stay has been or will be filed. TEX. R. APP. P. 52.10(a).

5. The parties have not agreed to this motion.

### B. Authorities

6. The Court may grant a stay or other temporary relief pending its determination of an original proceeding. TEX. R. APP. P. 52.10(b).

7. This stay of the underlying proceeding is necessary to maintain the status quo of the parties and to preserve the Court's jurisdiction to consider the merits of the original proceeding. *In re Reed*, 901 S.W.2d 604, 609 (Tex. App.--San Antonio 1995, orig. proceeding).

8. Relator's attorney attaches a verification[1] to verify facts that are not included in the original proceeding record and are not known to this Court in its official capacity. Tex. R. App. P. 10.2 & 52.

### C. Facts & Argument

9. On October 29, 2014, the trial court signed the following four orders:

- **"Order Denying Objection to Assigned Judge"**;

- **"Order Denying Motion to Recuse Judge C.G. Dibrell"**;

- **"Order Denying Motion to Recuse Judge Randy Clapp"; and**

- **"Order for Sanctions Under Civil Practice and Remedies Code Sec. 30.016."** (TABS E,F,G,& H).

10. The sanction attorney's fees awarded by the trial court were due to be paid by Wilma and/or her counsel by **November 29, 2014**. *See* Exhibit B attached.

11. To date, Wilma nor her counsel have paid any portion of the attorney's fees awarded as a sanction. *See* Exhibit B attached.

12. Opposing counsel and Judge Dibrell have set a hearing for **Jan. 8, 2015** for the purpose of securing

---

[1] The Verification is attached hereto as Exhibit A and incorporated herein by reference.

attorney's fees purportedly owed. *See* Exhibit C attached.

13. Wilma seeks in this original proceeding to have this Court review the orders entered by Judge Walker on October 29, 2014 to determine whether the trial court abused its discretion in entering the orders in violation of TEX. GOV'T. CODE § 74.053.

14. Furthermore, if this Court finds that the order denying Wilma's Motion to Recuse Judge Dibrell is void, then Judge Dibrell should not be permitted to continue with his assignment before the recusal motion is decided by a valid order. *See* TEX. R. CIV. P. 18a.

### *D. Prayer*

15. For the reasons stated in this motion, Wilma asks this Court for a stay of the underlying trial proceeding and suspension of the October 29, 2014 trial court orders to **maintain the status quo of the parties and preserve this Court's jurisdiction** to consider the merits of Wilma's motion for rehearing and this original proceeding.

Wilma also requests that the stay not be lifted until this Court has had the opportunity to review her

motion for rehearing and complete its determination of this petition for writ of mandamus.

Relator requests any other such relief that she may be entitled under law or equity.

Respectfully submitted,

By:/s/ Carl W. Gordon
Carl W. Gordon, Esq.
Texas Bar No. 24047659
THE GORDON LAW FIRM
P.O. Box 301126
Houston, Texas 77230
Tel. (832) 830-8830
Fax. (713) 636-2565
cgordon@carlgordonlaw.com
Attorney    for    Relator,
Wilma Reynolds

## CERTIFICATE OF COMPLIANCE

Under Texas Rule of Appellate Procedure 52.10(a), I certify that on December 29, 2014, I made a diligent effort to notify all parties to the original proceeding by expedited means of telephone, e-mail and/or fax that a motion to stay had been or will be filed. The parties have not agreed to this motion.

By:/s/Carl W. Gordon
Carl W. Gordon, Esq.
Attorney for Relator,
Wilma Reynolds

**CERTIFICATE OF SERVICE**

I certify that true copies of the forgoing instruments were served on each of the following individuals in accordance with the Texas Rules of Appellate Procedure on December 29, 2014.

Lenette Terry
TERRY & TERRY
203 E. Cedar
Angleton, Texas 77515
Attorney for David Reynolds

Kelly McClendon
P.O. Box 3457
Lake Jackson, Texas 77566
Attorney for David Reynolds

Peggy Bittick
P.O. Box 1017
Pearland, Texas 77588
Amicus

/s/ Carl W. Gordon
Carl W. Gordon, Esq.
Attorney for Wilma Reynolds

No. 14-14-00875-CV

IN THE

FOURTEENTH COURT OF APPEALS

At HOUSTON

JUDICIAL DISTRICT

**IN RE WILMA REYNOLDS,**

**Relator**

From Cause No. 48170
In the 300th District Court of
Brazoria County, Texas

| | |
|---|---|
| STATE OF TEXAS | § |
| HARRIS COUNTY | § |

**SECOND MOTION TO STAY VERIFICATION**

Before me, the undersigned notary, on this day personally appeared Carl W. Gordon, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Carl W. Gordon. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts in this affidavit are within my personal knowledge and are true and correct.

2. I am the attorney for relator, Wilma Reynolds. All the facts stated in Relator's Second Motion to Stay are true and correct and within my personal knowledge."

_____
Carl W. Gordon

SIGNED under oath before me on _December 29, 2014_.

_____
Notary Public, State of Texas

BRIDGETTE TERRELL CALLOWAY
My Commission Expires
May 23, 2015

Exhibit A

No. 48170

| WILMA REYNOLDS | IN THE 300TH |
|---|---|
| V. | DISTRICT COURT OF |
| DAVID REYNOLDS | BRAZORIA COUNTY, TX |

### ORDER FOR SANCTIONS UNDER
### CIVIL PRACTICE AND REMEDIES CODE SEC. 30.016

On this 29th day of October, 2014 came on for consideration for C.P.R.C Sec. 30.016 Attorneys' Fees and Expenses Requested By Attorney Lenette Terry representing the Petitioner and Attorney Peggy Bittick, Amicus.

Having heard and considered the evidence and arguments presented, it is found that the following Attorney's fees and expenses are reasonable and were necessary in connection with the tertiary recusal motions in this matter:

|  |  |
|---|---|
| Lenette Terry | $5,859.00 |
| Peggy Bitteck | $5,525.00 |

Respondent Wilma Reynolds and her Attorneys Carl Gordon are ordered to pay as sanctions, within 31 days, the above sums to the above named Attorneys.

SIGNED this 29th day of October 2014.

_____
Senior Judge Jeff Walker
Sitting on Assignment



EXHIBIT C

Cwgor Gordon <cwgordon1@gmail.com>

# REYNOLDS 48, 170

2 messages

---

**lorien@brazoria-county.com** <lorien@brazoria-county.com>          Tue, Dec 16, 2014 at 1:57 PM
To: danielleprado@att.net, PSBittick@aol.com, cwgordon1@gmail.com
Cc: cgd3@comcast.net

Reynolds has been set for January 8, 2015 @ 10:00 in the JP Courtroom.   Please let me know what Motions you would like to set.


Thanks you!


Lorie Novak

Court Coordinator

300th District Court

This message has been prepared or disseminated using resources owned by Brazoria County and is subject to the County's policies on the use of County provided technology. E¬mail created or received through the County's computer system by any County employee or official may be considered a public record, subject to public inspection under the laws of the State of Texas.

---

**PSBittick@aol.com** <PSBittick@aol.com>          Tue, Dec 16, 2014 at 2:10 PM
To: danielleprado@att.net, cwgordon1@gmail.com

Carl-

If you'll agree to sign an Agreed Order to Release Funds from Registry and provide dates for Wilma's deposition, I will agree to pass the January 8 hearing.  Please advise.



Very truly yours,

Law Offices of Peggy S. Bittick

## Peggy S. Bittick

P.O. Box 1017
Pearland, Texas 77588

2206 East Broadway Suite A

NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA.

## NO. 48170



| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| | § | |
| AND | § | 300TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| CHILDREN | § | BRAZORIA COUNTY, TEXAS |

## MOTION FOR PAYMENT OF SANCTIONS AND FEES
### FROM REGISTRY OF COURT

This Motion for Payment of Sanctions and Fees from Registry of Court is brought by Peggy S. Bittick, court-appointed amicus attorney for the children, ▇▇▇▇▇▇▇▇▇▇. In support, Peggy S. Bittick shows:

On October 29, 2014, the Court ordered Respondent Wilma Reynolds and her attorney Carl Gordon to pay the sum of $5,525.00, as sanctions, to Peggy S. Bittick. A copy of the Court's order for sanctions is attached hereto as Exhibit A and fully incorporated herein by reference for all purposes. Neither Respondent nor her attorney has paid any portion of this sum to Peggy S. Bittick.

On December 4, 2014, the Court ordered Respondent Wilma Reynolds to pay the sum of $7,544.63, for fees and expenses, to Peggy S. Bittick. A copy of the Court's order for fees and expenses is attached hereto as Exhibit B and fully incorporated herein by reference for all purposes. Respondent has not paid any portion of this sum to Peggy S. Bittick.

Respondent Wilma Reynolds has deposited into the registry of the Court more than enough money to satisfy the sums described hereinabove. Peggy S. Bittick requests the Court issue an order directing the clerk to pay directly to Peggy S. Bittick the sum of $13,069.63 from

the registry of the Court.

Peggy S. Bittick prays the Court grant this Motion for Payment of Fees and Sanctions from Registry of Court and direct the clerk to pay her the total amount of $13,069.63.

Respectfully submitted,

Law Offices of Peggy S. Bittick
2206 East Broadway, Suite A
Pearland, Texas 77581
P.O. Box 1017
Pearland, Texas 77588
Tel: 281.485.3500
Fax: 281.485.0171

By:_____

Peggy S. Bittick
State Bar No. 00793346
psbittick@aol.com
Amicus Attorney

**Certificate of Service**

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on December 15, 2014 as follows:

Carl Gordon, *via facsimile transmission*, 713.636.2565

Lenette Terry, *via facsimile transmission*, 979.849.3366

_____
Peggy S. Bittick



No. 48170

WILMA REYNOLDS                                    IN THE 300TH

V.                                                DISTRICT COURT OF

DAVID REYNOLDS                                    BRAZORIA COUNTY, TX


ORDER FOR SANCTIONS UNDER
CIVIL PRACTICE AND REMEDIES CODE SEC. 30.016


On this 29th day of October, 2014 came on for consideration for C.P.R.C Sec. 30.016 Attorneys' Fees and Expenses Requested By Attorney Lenette Terry representing the Petitioner and Attorney Peggy Bittick, Amicus.

Having heard and considered the evidence and arguments presented, it is found that the following Attorney's fees and expenses are reasonable and were necessary in connection with the tertiary recusal motions in this matter:

Lenette Terry          $5,859.00
Peggy Bittick          $5,525.00

Respondent Wilma Reynolds and her Attorneys Carl Gordon are ordered to pay as sanctions, within 31 days, the above sums to the above named Attorneys.


SIGNED this 29th day of October 2014.


Senior Judge Jeff Walker
Sitting on Assignment



EXHIBIT

B

NO. 48170

| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
|---|---|---|
| ██████████ AND | § | |
| ██████████, CHILDREN | § | 300TH JUDICIAL DISTRICT |
| | § | |
| CHILDREN | § | BRAZORIA COUNTY, TEXAS |

## ORDER FOR DEPOSIT OF ADDITIONAL FEES

On December 4, 2014, the Court considered the Motion for Additional Deposit to Secure

Fees of Peggy S. Bittick, Amicus Attorney.

IT IS ORDERED that Wilma Reynolds, ~~Petitioner~~, pay directly to Amicus Attorney, for

fees and expenses of Amicus Attorney, _____

($ _7544.63_) at or before 5:00 p.m. on _Jan. 4, 2015_ .    *IT is ordered that David*

*Reynolds pay an additional*

SIGNED on _December 4, 2014_    *$2500.00 on or before 5:00pm*

*on Jan 4, 2015*

_____
JUDGE PRESIDING

## APPROVED AS TO FORM ONLY:

Law Offices of Peggy S. Bittick
2206 East Broadway, Suite A
Pearland, Texas 77581
P.O. Box 1017
Pearland, Texas 77588
Tel: 281.485.3500
Fax: 281.485.0171

By: _____
Peggy S. Bittick
State Bar No. 00793346
psbittick@aol.com
Attorney for ██████████